1  **WENDELL J. JONES, (State Bar No. 202302)**
   1901 S. Bascom Aveue
   Suite 333
2  Campbell, CA 95008
   Telephone:  (408) 938-0980
3  Facsimile:   (408) 904-4513

4

   Attorney for Plaintiff
5  AUGUSTINE MONRROY

6

7                      **IN THE UNITED STATES DISTRICT COURT**

8                     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10
   AUGUSTINE MONRROY an individual
11                                              Case No.: **10-2852 SC**
                 Plaintiff,
12
         vs.                                    **PLAINTIFF'S MOTION TO DISMISS**
13

14 BANK OF AMERICA CORPORATION, and
   DOES 1 through 50 inclusive
15
                 Defendants
16
        NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff
17
   voluntarily dismisses the above-captioned action without prejudice against Defendants BANK
18
   OF AMERICA CORPORATION and DOES 1 through 50 inclusive.
19

20

21

22 DATED:  August 12, 2010                  **The Law Office of Wendell J. Jones**

23                                          BY:    /s/Wendell J. Jones
                                                   Wendell J. Jones
24                                                 ATTORNEY FOR PLAINTIFF

25

[Stamp: IT IS SO ORDERED, Judge Samuel Conti, United States District Court, Northern District of California]

                         **PLAINTIFF'S MOTION TO DISMISS**
        8/13/10